JS - 6/ENTER



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUIS GREGORIO BARBA,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>KNIPP, WARDEN,<br><br>　　　　Respondent. | Case No. CV 12-6248-VAP (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: September 6, 2012

_____
Virginia A. Phillips
United States District Judge